# Exhibit 1

US009125079B2

(12) **United States Patent**
**Swaay**

(10) **Patent No.: US 9,125,079 B2**
(45) **Date of Patent: Sep. 1, 2015**

(54) **PROGRAMMABLE COMMUNICATOR**

(71) Applicant: **M2M Solutions LLC**, Stratford-upon-Avon (GB)

(72) Inventor: **Eveline Wesby-van Swaay**, Stratford-upon-Avon (GB)

(73) Assignee: **M2M Solutions LLC**, Tiddington, Stratford-Upon-Avon (GB)

( * ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 0 days.

(21) Appl. No.: **14/455,190**

(22) Filed: **Aug. 8, 2014**

(65) **Prior Publication Data**

US 2014/0348070 A1 Nov. 27, 2014

**Related U.S. Application Data**

(63) Continuation of application No. 14/175,171, filed on Feb. 7, 2014, now Pat. No. 8,872,624, which is a continuation of application No. 13/934,763, filed on Jul. 3, 2013, now Pat. No. 8,648,717, which is a

(Continued)

(30) **Foreign Application Priority Data**

May 23, 2000 (FI) ..................................... 20001239

(51) **Int. Cl.**
***H04W 24/02*** (2009.01)
***H04M 1/05*** (2006.01)

(Continued)

(52) **U.S. Cl.**
CPC ................. ***H04W 24/02*** (2013.01); ***H04B 7/24*** (2013.01); ***H04L 67/02*** (2013.01); ***H04M 1/05*** (2013.01);

(Continued)

(58) **Field of Classification Search**
CPC .... A61B 5/0024; G06F 3/0481; G08C 17/02; H04W 12/06; H04W 76/02
See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

3,802,012 A * 4/1974 Middleton, Jr. ................. 441/95
4,276,468 A * 6/1981 Nagamoto et al. ................ 377/2

(Continued)

FOREIGN PATENT DOCUMENTS

CA 1296068 C 2/1992 ............... A61B 5/00
CA 2 293 393 A1 12/1998 .............. H04Q 7/32

(Continued)

OTHER PUBLICATIONS

Legends of Abbreviations and Symbols, 57 pages (Jan. 2014) [English Translation].

(Continued)

*Primary Examiner* — Yong Zhou
(74) *Attorney, Agent, or Firm* — Sunstein Kann Murphy & Timbers LLP

(57) **ABSTRACT**

A technical data monitoring device for use with a wireless data monitoring network includes a wireless communications circuit, and at least one technical device/system. The technical data monitoring device establishes a wireless communication link with a programmable interface of a programmable cellular telephone. The device is also configured to send and/or receive wireless packet switched data transmissions, generate data and send data over the wireless communication link for processing by the programmable cellular telephone, and has an associated status condition. Data from the device is (1) sent to be processed and displayed by the programmable cellular telephone and/or (2) sent to be processed and forwarded by the programmable cellular telephone to an Internet website. The device forms part of the wireless data monitoring network in communication with the programmable cellular telephone. The technical device/system can be one of a number of sensors, devices, or systems.

**30 Claims, 3 Drawing Sheets**



**Related U.S. Application Data**

continuation of application No. 13/801,773, filed on Mar. 13, 2013, now Pat. No. 8,542,111, which is a continuation of application No. 12/538,603, filed on Aug. 10, 2009, now Pat. No. 8,094,010, which is a continuation of application No. 11/329,212, filed on Jan. 10, 2006, now Pat. No. 7,583,197, which is a continuation of application No. 10/296,571, filed as application No. PCT/EP01/05738 on May 18, 2001, now abandoned.

(51) **Int. Cl.**

| | |
|---|---|
| ***H04M 1/275*** | (2006.01) |
| ***H04M 1/663*** | (2006.01) |
| ***H04M 1/677*** | (2006.01) |
| ***H04M 1/725*** | (2006.01) |
| ***H04W 4/16*** | (2009.01) |
| ***H04W 12/06*** | (2009.01) |
| ***H04W 8/22*** | (2009.01) |
| ***H04W 4/12*** | (2009.01) |
| ***H04W 4/00*** | (2009.01) |
| ***H04B 7/24*** | (2006.01) |
| ***H04L 29/08*** | (2006.01) |
| ***H04W 84/04*** | (2009.01) |
| *H04M 1/253* | (2006.01) |

(52) **U.S. Cl.**

CPC .............. ***H04M 1/275*** (2013.01); ***H04M 1/663*** (2013.01); ***H04M 1/677*** (2013.01); ***H04M 1/7253*** (2013.01); ***H04M 1/72538*** (2013.01); ***H04M 1/72563*** (2013.01); ***H04W 4/001*** (2013.01); ***H04W 4/12*** (2013.01); ***H04W 4/16*** (2013.01); ***H04W 8/22*** (2013.01); ***H04W 12/06*** (2013.01); ***H04W 84/04*** (2013.01); *H04M 1/2535* (2013.01); *H04M 1/6775* (2013.01); *H04M 1/72547* (2013.01); *H04M 2250/02* (2013.01)

(56) **References Cited**

U.S. PATENT DOCUMENTS


4,465,904 A 8/1984 Gottsegen et al. ............ 179/5 R
4,658,096 A 4/1987 West, Jr. et al. ................ 379/59
4,855,713 A 8/1989 Brunius ........................ 340/506
4,908,853 A 3/1990 Matsumoto .................. 379/355
4,951,029 A 8/1990 Severson ..................... 340/506
5,012,234 A 4/1991 Dulaney et al. .......... 340/825.44
5,207,784 A * 5/1993 Schwartzendruber ............ 221/6
5,276,729 A 1/1994 Higuchi et al. ................ 379/58
5,293,418 A 3/1994 Fukawa ......................... 379/58
5,348,008 A 9/1994 Bornn et al. .................. 128/642
5,381,138 A 1/1995 Stair et al. ................ 340/825.44
5,396,264 A 3/1995 Falcone et al. ............... 345/146
5,544,661 A 8/1996 Davis et al. ................... 128/700
5,548,271 A 8/1996 Tsuchiyama et al. ...... 340/311.1
5,581,599 A 12/1996 Tsuji et al. ...................... 379/63
5,581,803 A 12/1996 Grube et al. ................ 455/54.1
5,623,533 A 4/1997 Kikuchi et al. ................ 379/58
5,689,442 A 11/1997 Swanson et al. ............. 364/550
5,689,563 A 11/1997 Brown et al. .................. 380/23
5,689,825 A 11/1997 Averbuch et al. ............... 455/89
5,699,513 A 12/1997 Feigen et al. ............ 395/187.01
5,742,233 A 4/1998 Hoffman et al. ............. 340/573
5,742,666 A 4/1998 Alpert ........................... 379/58
5,745,049 A 4/1998 Akiyama et al. ......... 340/870.17
5,752,976 A 5/1998 Duffin et al. .................... 607/32
5,771,455 A 6/1998 Kennedy, III et al. ........ 455/456
5,774,804 A 6/1998 Williams ...................... 455/419
5,802,460 A 9/1998 Parvulescu et al. ............. 455/92
5,831,545 A 11/1998 Murray et al. .......... 340/825.49
5,878,339 A 3/1999 Zicker et al. .................. 455/419
5,884,161 A 3/1999 Hegeman ...................... 455/414
5,901,320 A 5/1999 Takahashi et al. ............ 395/712
5,903,634 A 5/1999 Wakabayashi et al. ....... 379/127
5,922,074 A 7/1999 Richard et al. ................ 713/200
5,940,752 A 8/1999 Henrick ........................ 455/419
5,946,636 A 8/1999 Uyeno et al. .................. 455/566
5,948,064 A 9/1999 Bertram et al. ............... 709/225
5,960,366 A 9/1999 Duwaer ....................... 455/556
5,974,312 A 10/1999 Hayes, Jr. et al. ............ 455/419
5,983,350 A 11/1999 Minear et al. ................ 713/201
5,995,603 A 11/1999 Anderson .................... 379/142
5,997,476 A 12/1999 Brown ......................... 600/300
5,999,990 A 12/1999 Sharrit et al. .................... 710/8
6,026,293 A 2/2000 Osborn ........................ 455/411
6,031,828 A 2/2000 Koro et al. .................... 370/336
6,038,491 A 3/2000 McGarry et al. ............. 700/231
6,041,229 A 3/2000 Turner ......................... 455/420
6,072,396 A 6/2000 Gaukel ...................... 340/573.4
6,075,451 A 6/2000 Lebowitz et al. ........ 340/825.06
6,078,948 A 6/2000 Podgorny et al. ............. 709/204
6,108,521 A 8/2000 Foladare et al. ............. 455/31.3
6,108,531 A 8/2000 Berg et al. ..................... 455/408
6,125,273 A 9/2000 Yamagishi ................... 455/411
6,144,859 A 11/2000 LaDue ......................... 455/511
6,148,197 A 11/2000 Bridges et al. ............... 455/432
6,157,318 A 12/2000 Minata .................... 340/825.44
6,172,616 B1 1/2001 Johnson et al. .......... 340/870.12
6,198,390 B1 3/2001 Schlager et al. ............. 340/540
6,208,039 B1 3/2001 Mendelsohn et al. .......... 307/52
6,208,839 B1 3/2001 Davani ........................ 455/31.3
6,208,854 B1 3/2001 Roberts et al. ................ 455/417
6,215,994 B1 4/2001 Schmidt et al. ............... 455/419
6,230,002 B1 5/2001 Flodén et al. ................ 455/411
6,275,143 B1 8/2001 Stobbe ...................... 340/10.34
6,288,641 B1 9/2001 Casais ......................... 340/539
6,289,084 B1 9/2001 Bushnell ..................... 379/67.1
6,295,449 B1 9/2001 Westerlage et al. ........... 455/422
6,308,083 B2 10/2001 King ........................... 455/556
6,314,270 B1 11/2001 Uchida ....................... 455/67.1
6,327,466 B1 12/2001 Savolainen .................. 455/407
6,377,161 B1 4/2002 Gromelski et al. .......... 340/7.45
6,377,577 B1 4/2002 Bechtolsheim et al. ...... 370/392
6,388,612 B1 5/2002 Neher ..................... 342/357.07
6,396,416 B1 5/2002 Kuusela et al. .......... 340/870.28
6,411,198 B1 6/2002 Hirai et al. ..................... 340/7.6
6,424,623 B1 7/2002 Borgstahl et al. ............. 370/230
6,442,432 B2 8/2002 Lee ................................. 607/59
6,450,922 B1 * 9/2002 Henderson et al. ............... 482/8
6,463,474 B1 10/2002 Fuh et al. ..................... 709/225
6,487,478 B1 11/2002 Azzaro et al. .................. 701/24
6,496,777 B2 12/2002 Tennison et al. .............. 701/213
6,519,242 B1 2/2003 Emery et al. .................. 370/338
6,546,239 B1 4/2003 Pazdersky et al. ............ 455/410
6,553,418 B1 4/2003 Collins et al. ................ 709/224
6,567,671 B2 5/2003 Amin ........................... 455/550
6,573,825 B1 6/2003 Okano ......................... 340/7.51
6,577,881 B1 6/2003 Ehara ........................... 455/563
6,606,508 B2 8/2003 Becker et al. ................. 455/567
6,611,755 B1 8/2003 Coffee et al. ................. 701/213
6,633,784 B1 10/2003 Lovelace, II et al. ........... 700/65
6,658,586 B1 12/2003 Levi ................................. 714/4
6,671,522 B1 12/2003 Beaudou ...................... 455/558
6,751,452 B1 6/2004 Kupczyk et al. .............. 455/345
6,759,956 B2 7/2004 Menard et al. ........... 340/539.19
6,832,102 B2 12/2004 I'Anson ..................... 455/556.1
6,833,787 B1 12/2004 Levi ........................ 340/539.13
6,873,842 B2 3/2005 Elayda et al. ................. 455/418
6,900,737 B1 5/2005 Ardalan et al. .......... 340/870.02
6,922,547 B2 7/2005 O'Neill et al. .................. 455/17
6,970,917 B1 11/2005 Kushwaha et al. ........... 709/217
6,985,742 B1 1/2006 Giniger et al. ............. 455/456.1
6,988,989 B2 1/2006 Weiner et al. ................. 600/300
7,027,808 B2 4/2006 Wesby ......................... 455/419
7,084,771 B2 8/2006 Gonzalez .................. 340/573.1
7,254,601 B2 8/2007 Baller et al. .................. 709/200
7,558,564 B2 7/2009 Wesby ......................... 455/419
7,583,197 B2 9/2009 Wesby Van Swaay ..... 340/573.4
7,599,681 B2 10/2009 Link, II et al. ................ 455/411
8,094,010 B2 1/2012 Wesby-Van Swaay .. 340/539.12

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | | |
|---|---|---|---|---|
| 8,542,111 | B2 | 9/2013 | Wesby-Van Swaay | 340/539.12 |
| 8,633,802 | B2 | 1/2014 | Wesby-Van Swaay | 340/7.29 |
| 8,648,717 | B2 | 2/2014 | Wesby-Van Swaay | 340/539.12 |
| 2001/0001234 | A1 | 5/2001 | Addy et al. | 340/531 |
| 2001/0051787 | A1* | 12/2001 | Haller et al. | 604/66 |
| 2002/0013146 | A1 | 1/2002 | Albrecht | 455/420 |
| 2002/0046353 | A1 | 4/2002 | Kishimoto | 713/202 |
| 2002/0080938 | A1 | 6/2002 | Alexander, III et al. | 379/106.01 |
| 2002/0198997 | A1 | 12/2002 | Linthicum et al. | 709/227 |
| 2003/0176952 | A1 | 9/2003 | Collins et al. | 700/286 |
| 2005/0203349 | A1* | 9/2005 | Nanikashvili | 600/300 |
| 2010/0035580 | A1 | 2/2010 | Wesby-Van Swaay | 455/411 |
| 2012/0088474 | A1 | 4/2012 | Wesby-van Swaay | 455/411 |

FOREIGN PATENT DOCUMENTS

| | | | | |
|---|---|---|---|---|
| DE | 196 25 581 | A1 | 12/1997 | G08B 25/10 |
| DE | 197 07 681 | C1 | 5/1998 | H04M 1/00 |
| EP | 0 432 746 | A2 | 6/1991 | H04M 1/57 |
| EP | 0 459 344 | A1 | 12/1991 | H04Q 7/04 |
| EP | 0 524 652 | A2 | 1/1993 | H04M 1/274 |
| EP | 0 632 629 | A1 | 1/1995 | H04L 29/06 |
| EP | 0 772 336 | A2 | 5/1997 | H04M 9/00 |
| EP | 0 804 046 | A2 | 10/1997 | H04Q 7/32 |
| EP | 0 996 299 | A1 | 4/2000 | H04Q 7/22 |
| EP | 0 996 302 | A1 | 4/2000 | H04Q 7/32 |
| EP | 1 013 055 | B1 | 4/2005 | H04M 1/72 |
| GB | 2 313 519 | A | 11/1997 | H04Q 7/32 |
| JP | 07-087211 | A | 3/1995 | H04M 11/00 |
| JP | 09-64950 | A | 3/1997 | H04M 1/02 |
| JP | 2000-115859 | A | 4/2000 | H04Q 7/38 |
| JP | 2000-135384 | A | 5/2000 | A63H 3/33 |
| JP | 2001-177668 | A | 6/2001 | H04M 11/00 |
| JP | 2001-249860 | A | 9/2001 | G06F 13/00 |
| JP | 2002-077438 | A | 3/2002 | H04M 11/00 |
| WO | WO 95/05609 | A2 | 2/1995 | G01R 27/14 |
| WO | WO 96/42175 | A1 | 12/1996 | H04Q 7/22 |
| WO | WO 97/16938 | A1 | 5/1997 | H04Q 7/32 |
| WO | WO 97/23104 | A1 | 6/1997 | H04Q 7/22 |
| WO | WO 98/38820 | A2 | 9/1998 | H04Q 1/72 |
| WO | WO 98/51059 | A2 | 11/1998 | H04M 1/72 |
| WO | WO 98/56197 | A1 | 12/1998 | H04Q 7/22 |
| WO | WO 99/13629 | A1 | 3/1999 | H04M 1/72 |
| WO | WO 99/20070 | A2 | 4/1999 | H04Q 7/38 |
| WO | WO 99/34339 | A2 | 7/1999 | |
| WO | WO 99/49680 | A1 | 9/1999 | H04Q 7/22 |
| WO | WO 99/56262 | A1 | 11/1999 | G08B 21/100 |
| WO | WO 99/57875 | A2 | 11/1999 | H04M 3/42 |
| WO | WO 00/17021 | A1 | 3/2000 | B60R 25/04 |
| WO | WO 00/18175 | A2 | 3/2000 | H04Q 9/00 |
| WO | WO 00/56016 | A1 | 9/2000 | H04L 12/28 |
| WO | WO 00/70889 | A1 | 11/2000 | H04Q 7/08 |
| WO | WO 01/03414 | A1 | 1/2001 | H04M 11/00 |
| WO | WO 01/35686 | A1 | 5/2001 | H04Q 7/32 |

OTHER PUBLICATIONS

3GPP (3rd Generation Partnership Project) 3rd *Generation Partnership Project; Technical Specification Group Terminals; Characteristics of the USIM Application* (3G TS 31.102, version 3.0.), 104 pages (Jan. 2000).

3GPP (3rd Generation Partnership Project) 3rd *Generation Partnership Project; Technical Specification Group Terminals; AT command set for 3GPP User Equipment* (UE) (3G TS 27.007, version 3.4.0, Release 1999), 154 pages (Mar. 2000).

3GPP (3rd Generation Partnership Project) 3rd *Generation Partnership Project; Technical Specification Group Terminals*; USIM Application Toolkit (USAT) (3G TS 31.111, version 3.0.0, Release 1999), 138 pages (Apr. 2000).

3GPP (3rd Generation Partnership Project) 3rd *Generation Partnership Project; Technical Specification Group Services and System Aspects; International Mobile station Equipment Identities* (*IMEI*) (Release 9), Version 9.0.0, 8 pAGES (Sep. 2009) 3GPP—TS 22.016.

3GPP (3rd Generation Partnership Project) The Mobile Broadband Standard, 3GPP Speccation detail, General Packet Radio Service (*GPRS*); *Service description; Stage 2*, 3 pages (Apr. 2014) 3GPP TS 03.60.

AirLink Communications, Inc. "AirLink Communications Releases New Wireless ACE," 1 page (Apr. 1998).

AirLink Communications, Inc. AirLink News/CDPD in the News, 1 page (Dec. 1998) (http://www.archive.org/web/9981212022616/http://www.airlink.com).

AirLink Communications, Inc. CDPD Raven, Raven Brochure, 2 pages (Jan. 1999) (http://www.archive.org/web/19990117024728/http://www.airlink.com/info/rav_mkt.html).

AirLink Communications, Inc. Airlink Raven/PinPoint CDPD Modem, User's Manual, 68 pages (Feb. 1999).

AirLink Communications, Inc. PinPoint Vehicle Installation Guide, 6 pages (Feb. 2000).

AirLink Communications, Inc. Raven Installation Guide, 8 pages (May 2000).

AirLink Communications, Inc. Wireless ACE Release Notes: "Jul. 12, 2000—ACE version 1.50," 3 pages (Aug. 2000).

AirLink Communications, Inc. Proven Wireless Solutions, Intelligent Transportation System (ITS) Applications, 1 page (Feb. 2001).

AirLink Communications, Inc. Proven Wireless Solutions, Telemetry Applications, 1 page (Feb. 2001).

AirLink Communications, Inc. Press Release: "AirLink Announces New Raven II CDPD Modem," 1 page (Apr. 2001).

AirLink Communications, Inc. Press Release: "AirLink Communications & Novatel Wireless Enforce Better Communications for the Tampa Police Department," 2 pages (May 2001).

AirLink Communications, Inc. ACE Release Notes: "Jul. 26, 2002—ACE version 1.80.15," 5 pages (Oct. 2002).

AirLink Communications, Inc. AirLink CDPD Modem AT Commands, Quick Reference, 24 pages (Oct. 2002).

AirLink Communications, Inc. Raven Firmware Release Notes: "Jan. 25, 2002 Raven II Release 200201D," 2 pages (Oct. 2002).

AirLink Communications, Inc. Wireless ACE, User's Manual, 48 pages (Dec. 2002).

Akselsen et al. *Telemedicine and ISD*, IEEE Communications Magazine, pp. 46-51 (Jan. 1993).

Auerbach Handbook of Local Area Networks 1999, 67 pages (1996).

Azzaro et al. Provisional Application—U.S. Appl. No. 60/162,249, dated Oct. 28, 1999 (21 pages).

Bettstetter et al. *GSM Phase 2+ General Packet Radio Service GPRS:.Architecture, Protocols, and Air Interface*, IEEE Communications Surveys, http://www.comsoc.org/pubs/surveys, vol. 2, No. 3, pp. 2-14 (1999).

BioPhone BIOPHONE 3502u, Instruction & Troubleshooting Manual, 149 pages (May 1978).

Blasch et al. "Georgia Tech Aerial Robotics System Competition Entry," *Georgia Institute of Technology School of Aerospace*, 10 pages (Mar. 1994).

Bult et al. *Low Power Systems for Wireless Microsensors*, UCLA Electrical Engineering Department, Los Angeles, CA and Rockwell Science Center, Thousand Oaks, CA, 5 pages (1996).

Carman et al/NAI Labs *A Communications Security Architecture and Cryptographic Mechanisms for Distributed Sensor Networks*, DARPA/ITO Sensor IT Workshop, 24 pages (Oct. 1999).

CDPD Forum, Inc. "Circuit Switched—Cellular Digital Packet Data," Part 1024, Release 1.5, 90 pages (Jun. 1995).

CDPD Forum, Inc. "CS CDPD Modem Bank Management Protocol (MBMP)," Part 1025, Release 1.5, 48 pages (Jun. 1995).

CDPD Forum, Inc. "CS CDPD Accounting Service and Protocol," Part 1026, Release 1.5, 20 pages (Jun. 1995).

Chandrakasan et al. *Design Considerations for Distributed Microsensor Systems*, Department of EECS, Massachusetts Institute of Technology, Cambridge, MA, IEEE 1999, Custom Intergrated Circuits Conference, 8 Pages (1999).

Davies "A Brief History of Cryptography," *Information Security Technical Report*, vol. 2, No. 2, pp. 14-17 (1997).

DeRose "The Wireless Data Handbook," 4th Edition, 399 pages (1999).

Doelz et al. "Binary Data Transmission Techniques for Linear Systems*," *Proceedings of the IRE*, pp. 656-661 (May 1957).

(56) **References Cited**

OTHER PUBLICATIONS

Electronic Compliance Laboratories, Inc. EMI Test Report on Symphony ISA Card; Prepared for Proxim, Test Report No. A806003, 42 pages (Jun. 1998).

European Telecommunications Standards Institute (ETSI) *Release Note: Recommendation GSM 02.16, International MS Equipment Identities, European digital cellular telecommunication system (phase 1)*; *GSM Technical Specification*, Version 3.0.1, 9 pages (Feb. 1992).

European Telecommunications Standards Institute (ETSI) *Digital cellular telecommunications system (Phase 2+)*; Network architecture (GSM 03.02, version 5.0.0), TS/SMG-030302Q, 20 pages (Mar. 1996).

European Telecommunications Standards Institute (ETSI) *GSM Technical Specification: Digital cellular telecommunications system (Phase 2+)*; *Physical Layer on the radio path; General description* (GSM 05.01, version 5.0.0), 20 pages (May 1996) Reference: TS/SMG-020501Q.

European Telecommunications Standards Institute (ETSI) *Digital cellular telecommunications system (Phase 2+)*; *Specation of the Subscriber Identity Module-Mobile Equipment (SIM-ME) interface* (GSM 11.11, version 5.3.0), TS/SMG-091111QR1, 113 pages (Jul. 1996).

European Telecommunications Standards Institute (ETSI) *Digital cellular telecommunications system (Phase 2+)*; *Specification of the SIM Application Toolkit for the Subscriber Identity Module-Mobile Equipment (SIM-ME) interface* (GSM 11.14, version 5.1.0), TS/SMG-091114Q, 54 pages (Aug. 1996).

European Telecommunications Standards Institute (ETSI) *Digital cellular telecommunications system (Phase 2+)*; *General Packet Radio Service (GPRS)*; *Service description Stage 2* (GSM 03.60, version 6.3.2, Release 1997), 107 pages (Jul. 1997) EN 301 344.

European Telecommunications Standards Institute (ETSI) *Digital cellular telecommunications system (Phase 2+)*; *Specification of the SIM Application Toolkit for the Subscriber Identity Module-Mobile Equipment (SIM-ME) interface*, GSM 11.14, version 5.4.0), TS/SMG-091114Q, 56 pages (Jul. 1997).

European Telecommunications Standards Institute (ETSI) *GSM Technical Specification—Digital cellular telecommunications system (Phase 2+)*; *Use of Data Terminal Equipment-Data Circuit terminating; Equipment (DTE-DCE) interface for Short Message Service (SMS) and Cell Broadcast Service (CBS)* (GSM 07.05, version 5.5.0, Release 1998), 69 pages (Jan. 1998) Reference: GTS/SMG-040705QR.

ETSI European Telecommunications Standards Institute (ETSI) *Digital cellular telecommunications system (Phase 2+)*; *AT command set for GSM Mobile Equipment (ME)* (GSM 07.07, version 5.5.0), RE/SMG-040707QR3, 97 pages (Feb. 1998).

European Telecommunications Standards Institute (ETSI) *Technical Specification: Digital cellular telecommunications system (Phase 2+)*; *Mobile Stations (MS) features* (GSM 02.07, version 6.1.0, Release 97), 22 pages (Jul. 1998) TS 100 906.

European Telecommunications Standards Institute (ETSI) *Technical Specification: Digital cellular telecommunications system (Phase 2+)*; *Security Mechanisms for the SIM application toolkit; Stage 2* (GSM 03.48, version 6.1.0, Release 97), 20 pages (Jul. 1998) TS 101 181.

European Telecommunications Standards Institute (ETSI) *Technical Specification: Digital cellular telecommunications system (Phase 2+)*; *Specification of the Subscriber Identity Module-Mobile Equipment (SIM-ME) interface* (GSM 11.11, version 6.1.0, Release 1997), 125 pages (Jul. 1998) TS 100 977.

European Telecommunications Standards Institute (ETSI) *Technical Specification: Digital cellular telecommunications system (Phase 2+)*; *Specification of the SIM Application Toolkit for the Subscriber Identity Module-Mobile Equipment (SIM-ME) interface* (GSM 11.14, version 7.1.0, Release 1998), 98 pages (Nov. 1998).

European Telecommunications Standards Institute (ETSI) *Digital cellular telecommunications system (Phase 2+)*; *Specification of the SIM application toolkit for the Subscriber Identity Module-Mobile Equipment (SIM-ME) interface* (GSM 11.14, version 6.2.0, Release 1997), 82 pages (Nov. 1998).

European Telecommunications Standards Institute (ETSI) *Digital cellular telecommunications system (Phase 2+)*; *Use of Data Terminal Equipment-Data Circuit terminating; Equipment (DTE-DCE) interface for Short Message Service (SMS) and Cell Broadcast Service* (CBS) (GSM 07.05, version 7.0.0, Release 1998), Available SMG only, 66 pages (Mar. 1999).

European Telecommunications Standards Institute (ETSI) *Digital cellular telecommunications system (Phase 2+)*; *Specification of the Subscriber Identity Module-Mobile Equipment (SIM-ME) interface* (GSM 11.11, version 7.2.0, Release 1998), SMG version only, not for publication, 133 pages (Mar. 1999).

European Telecommunications Standards Institute (ETSI) *Technical Specification: Digital cellular telecommunications system (Phase 2+)*; *Specification of the SIM Application Toolkit for the Subscriber Identity Module-Mobile Equipment (SIM-ME) interface* (GSM 11.14, version 7.3.0, Release 1998) 101 pages, (Jul. 1999) TS 101 267.

European Telecommunications Standards Institute (ETSI) *Technical Specification: Digital cellular telecommunications system (Phase 2+)*; *Security Mechanisms for the SIM application toolkit; Stage 2* (GSM 03.48, version 7.0.1, Release 1998), 21 pages (Jul. 1999) ETSI TS 101 181.

European Telecommunications Standards Institute (ETSI) *Technical Specification: Digital cellular telecommunications system (Phase 2+)*; *General Packet Radio Service (GPRS)*; *Mobile Station (MS) supporting GPRS* (GSM 07.60, version 7.0.0, Release 1998), 47 pages (Jul. 1999) ETSI TS 101 356.

European Telecommunications Standards Institute (ETSI) *Technical specification: Digital cellular telecommunications system (Phase 2+)*; *AT command set for GSM Mobile Equipment (ME)* (GSM 07.07, version 7.3.0, Release 1998), 125 pages (Jul. 1999) ETSI TS 100 916.

European Telecommunications Standards Institute (ETSI) *Technical Specification: Digital cellular telecommunications system (Phase 2+)*; *GSM Release 1999 Specifications* (GSM 01.01, version 0.4.0, Release 1999), 22 pages (Oct. 1999).

European Telecommunications Standards Institute (ETSI) *Technical Specification: Digital cellular telecommunications system (Phase 2+)*; *GSM Release 1999 Specifications* (GSM 01.01, version 1.0.0, Release 1999), 23 pages (Nov. 1999).

European Telecommunications Standards Institute (ETSI) *Technical Specification: Digital cellular telecommunications system (Phase 2+)*; *Subscriber Identity Module Application Programming Interface (SIM API)*; *SIM API for Java Card™; Stage 2* (GSM 03.19, version 7.0.0, Release 1998), 22 pages (Nov. 1999) ETSI TS 101 476.

European Telecommunications Standards Institute (ETSI) *Technical Specification: Digital cellular telecommunications system (Phase 2+)*; *AT command set for GSM Mobile Equipment (ME)* (GSM 07.07, version 6.4.0, Release 1997), 116 pages (Nov. 1999) ETSI TS 100 916.

European Telecommunications Standards Institute (ETSI) *Technical specification: Digital cellular telecommunications system (Phase 2+)*; *AT command set for GSM Mobile Equipment (ME)* (GSM 07.07, version 7.5.0, Release 1998), 127 pages (Dec. 1999) ETSI TS 100 916.

European Telecommunications Standards Institute (ETSI) *Digital cellular telecommunications system (Phase 2+)*; *AT command set for GSM Mobile Equipment (ME)* (GSM 07.07, version 5.9.1, Release 1996), 98 pages (Dec. 1999) ETS 300 916.

European Telecommunications Standards Institute (ETSI) *Digital cellular telecommunications system (Phase 2+)*; *Specification of the Subscriber Identity Module—Mobile Equipment (SIM-ME) interface*, (GSM 11.11, version 7.4.0, Release 1998), 134 pages (Dec. 1999).

European Telecommunications Standards Institute (ETSI) *Technical Specification: Digital cellular telecommunications system (Phase 2+) (GSM)*; *Universal Mobile Telecommunications System (UMTS)*; *Use of Data Terminal Equipment—Data Circuit terminating; Equipment (DTE-DCE) interface for Cell Broadcast Service (CBS)* (3G TS 27.005, version 3.1.0, Release 1999), 70 pages (Jan. 2000) ETSI TS 127 005.

(56) **References Cited**

OTHER PUBLICATIONS

European Telecommunications Standards Institute (ETSI) *Technical Specification: Digital cellular telecommunications system* (*Phase 2+*) (*GSM*); *Universal Mobile Telecommunications System* (*UMTS*); *AT command set for 3GPP User Equipment* (*UE*) (3G TS 27.007, version 3.3.0, Release 1999), 147 pages (Jan. 2000) ETSI TS 127 007.
European Telecommunications Standards Institute (ETSI) *Technical Specification: Digital cellular telecommunications system* (*Phase 2+*) (*GSM*); *Universal Mobile Telecommunications System* (*UMTS*); *AT command set for 3GPP User Equipment* (*UE*) (3G TS 27.007, version 3.4.0, Release 1999), 156 pages (Mar. 2000) ETSI TS 127 007.
European Telecommunications Standards Institute (ETSI) *GSM Technical Specification: Digital cellular telecommunications system* (*Phase 2+*); *International Mobile station Equipment Identities* (*IMEI*) (GSM 02.16, version 5.2.0, Release 1996), 12 pages (Aug. 2000) Reference: RGTS/SMG-010216QR2.
Falcom Alternative A2D3-GPS firmware, with more features and stability, Firmware revision 208, User Manual Revision DR0.11z, 25 pages (2001).
Falcom GSM Modul, GSM Modem und GSM Telefon für. Daten, Fax, SMS und Sprache mit RS232, Falcom A2 GSM 900, 6 pages (Jan. 2014).
Falcom GSM modul, GSM Modem and GSM phone for data, Fax, SMS and voice with RS232, Falcom A2 GSM 900, 6 pages (Jan. 2014) [English Translation].
Federal Communications Commission Wavecom Inc.—Grant of Equipment Authorization, 1 page, dated Feb. 16, 2000.
Finkel et al. VIC 20 Programmer's Reference Guide, *Commodore Business Machines, Inc.*, First Edition, 307 pages (1982).
Fluke Wireless Logger, User's Manual, PN 936562, Rev. 2, 212 pages (Jun. 1993).
Funkanlagen Leipoldt OHG Falcom A23—Programming Manual, Version 1.02, 32 pages (Sep. 1999).
Funkanlagen Leipoldt OHG Falcom A2 (Including A2-A, A2-B, A2-1 and Evaluation Board), User Manual/Command List, 99 pages (Oct. 1999).
Gemplus *Gemplus' start SIM card for advanced GSM services*, Microprocessor Cards, GemXplore98 Product Sheet, 2 pages (May 1999).
Godfrey *A Comparison of Security Protocols in a Wireless Network Environment*, A thesis presented to the University of Waterloo, Ontario, Canada, 87 pages (1995).
GPS Navstar Global Positioning System, Standard Positioning Service Signal Specification, Second Edition, 51 pages (Jun. 1995).
Grafik Eye® GRX-RS232 Interface Control, GRX-PRG Programming Interface, Class 2/PELV Devices, Installation and Operation Instructions, 4 pages (1999).
Harris Corp. RF Communications Group RF-5020 RT Maintenance Manual, 270 pages (Oct. 1991).
Hearst Electronics Products "Wireless LAN adapter brings 1.6-Gbit/s connectivity to handheld PCs" Proxim, 1 page (May 1997).
Hodes et al. *Composable ad hoc location-based services for heterogeneous mobile clients*, Wireless Networks 5, pp. 411-427 (1999).
HomeRF HomeRF: Bringing Wireless Connectivity Home, 27 pages (Mar. 1999).
HomeRF Interference Immunity of 2.4 Ghz Wireless LANs, 10 pages (2001).
HomeRF A Comparison of Security in HomeRF versus IEEE802.11b, 7 pages (2001).
Hong Kong Awards 2013 Hong Kong Awards for Industry awarded Sierra the "Technological Achievement Certificate of Merit" for the AirPrime® WS6318 Embedded Wireless Module as the "world's smallest cellular module", 4 pages (http://www.sierrawireiess.com/Newsroom/Awards/product_awards.aspx).
Hunkins "Emergence of Consumer Solutions in Vehicle Telematics," *Telcontar*, 13 pages (Dec. 2003).
Intel 8251A Programmable Communication Interface, Order No. 205222-002, 25 pages (Nov. 1996).
Intermec Technologies Corporation "5055 Data Collection PC, Technical Reference," Revision C, P/N 978-054-002, 194 pages (May 2001).
International Telecommunication Union *ITU-T: Telecommunication Standardization Sector of ITU, Data Communication over the Telephone Network, Serial Asynchronous Automatic Dialling and Control* (V.25 ter), 74 pages (Aug. 1995).
Istepanian et al. *Design ofmobile telemedicine systems using GSM and IS-54 cellular telephone standards*, Journal of Telemedicine and Telecare, vol. 4, Supplement 1, pp. 80-82 (1999).
Istepanian *Modelling of GSM-based Mobile Telemedical System*, Proceedings of the 20[th] Annual International Conference of the IEEE Engineering in Medicine and Biology Society, vol. 20, No. 3, pp. 1166-1169 (1998).
Kahn et al. *Next Century Challenges: Mobile Networking for "Smart Dust*", Department of Electrical Engineering and Computer Science, 8 pages (1999).
Korba "Security System for Wireless Local Area Networks," *National Research Council of Canada*, pp. 1550-1554 (1998).
Kramer "Cellular Combos Differ in Heft, Abilities—*Eagle Cross Device Is Fast but Heavy; PowerTek and Vital Offer Cheaper, Lighter Products," PC Week*, vol. 8, No. 42, pp. 160-164 (Oct. 1991).
Kyocera—North America "Kyocera Wireless Corp. Announces New CDMA Module Product Line," 2 pages (Mar. 2001).
Lexis Nexis "Sierra Wireless Expands Data Product Line with New 3-Watt Telemetry Modem," 2 pages (Oct. 1997).
Luhowy "Advances In HF Parallel Tone Modem Technology," Harris Corporation, RF Communications Group, 5 pages (1988).
Lutron® "RF-Modem Installation for HomeWorks™," Application Note #37, 6 pages (1997).
Lynch et al. "The Design of a Wireless Sensing Unit for Structural Health Monitoring," *Proc. of the* 3rd *Int. Workshop on Structural Health Monitoring, Stanford, CA*, 10 pages (Sep. 2001).
Medical Device & Diagnostic Industry Magazine "Wireless Technologies Fine Niche in Patient Care," *Medical Device & Diagnostic Industry Magazine*, 11 pages (Aug. 1998).
Miles *System Monitoring, Messaging and Notification*, Proceedings of SAGE-AU, 15 pages (Jun. 1999).
Mobile Merit Award Mobile Merit Award for the "Mobile Health" category was awarded to Vgo for using the Novatel E362 (http://investor.novatelwireless.com/releasedetail.cfm?ReleaseID=668463) (2012).
Mobile Merit Award Mobile Merit Award for the "Connected Life Category" was awarded to Novatel Wireless for its "SA 2100 M2M Device," 2 pages (2013) (http://investor.novatelwireiess.com/releasedetail.cfm?ReleaseID=790042).
Myles et al. "A Mobile Host Protocol Supporting Route Optimization and Authentication," *IEEE J. Sel. Area Comm.*, vol. 13, No. 5, pp. 839-849 (Jun. 1995).
National Semiconductor PC165550D Universal Asynchronous Receiver/Transmitter with FIFOs, 22 pages (Jun. 1995).
National Semiconductor PC16450C/NS16450, PC8250A/INS8250A Universal Asynchronous Receiver/Transmitter, 18 pages (Jul. 1990).
Negus et al. "HomeRF™: Wireless Networking for the Connected Home," 10 pages.
Negus et al. "History of Wireless Local Area Networks (WLANs) In the Unlicensed Bands," *George Mason University Law School Conference, Information Economy Project, Arlington, VA*, pp. 1-13 (Apr. 2008).
Nokia Nokia PremiCell, Operator's Guide, 58 pages (Dec. 1997).
Nokia Nokia Card Phone 1.0, 3 pages (Jun. 1997).
Nokia User's Guide, 22 pages (1998).
Nokia Nokia Card Phone 2.0, 1 page (Jun. 1999).
Nokia Nokia Card Phone; Quick guide for a Windows terminal window with the Nokia Card Phone 2.0, 6 pages (Apr. 2000).
Nokia Nokia Card Phone; Support Guide for Using the Nokia Cardphone 2.0 in a Windows CE Device, Version 1.0, 9 pages (Mar. 2001).
Nokia Nokia Premicell 18i, 2 pages (Apr. 2014).
Nomadic Corp. "Mercury User's Guide," Version 2.3, 96 pages (1996).

(56) **References Cited**

OTHER PUBLICATIONS

Novatel Wireless *Novatel CDPD (Cellular Digital Packet Data) Software*, 42 pages (1999).
Pavlopoulos et al. *A Novel Emergency Telemedicine System Based on Wireless Communication Technology-"Ambulance"*, IEEE Transactions on Information in Biomedicine, vol. 2, No. 4, pp. 261-267 (1998).
Phonetics, Inc. *Sensaphone 2000 User's* Manual, Version 3.0, 118 pages (Jan. 1998).
Phonetics, Inc. *Sensaphone 1104, Sensaphone 1108 Potential Disasters*, Science/Health/Labs archived website page (http://www.sensaphone.com/pages/HealthPage.html), 2 pages (Dec. 1998).
Prasad et al. *Security, Architecture for Wireless LANs: Corporate & Public Environment*, IEEE VTC, pp. 283-287 (2000).
Professional PC Companion NEC MobilePro™ 780, 2 pages (Apr. 2000).
Proxim Harmony™, Harmony OpenAir™ PC Card Datasheet, Rev. B, 2 pages (Jul. 2001).
Proxim Harmony™, Harmony Access Point Controller Datasheet, Rev. B, 2 pages (Jun. 2002).
Proxim Proxim Antennas and Accessories, Product Guide, Rev. B, 4 pages (Jan. 2000).
Proxim Symphony™; Create a Wireless Network for Your Home, Rev. A, 4 pages (Sep. 2001).
Proxim Symphony-HRF Cordless Gateway; *Simple Reliable Home and Small Office Computer Networking Without Wires*, 2 pages (Jun. 2000).
Proxim "Pediatric Software and ReangeLAN2™ Keep Pediatricians On The Move, *A Wireless LAN Case Study*," 2 pages (Sep. 1999).
Proxim RangeLAN2: Extension Point Technical Guide; Configuring and using Extension Points in wireless LAN installations, *White Paper*, 16 pages (Jan. 1998).
Proxim RangeLAN2™ Ethernet and Token Ring Access Points; *Wireless Mobile Access to Wired LAN Services*, Data Sheet, 2 pages (Mar. 1998).
Proxim, Inc. RangeLAN2 7420 Series PC Card Wireless LAN Adaptor Product Information, 101 pages (2000).
Proxim RangeLAN2/ISA, *Wireless LAN Adapter for ISA Bus Computers*, User's Guide, 65 pages (1993).
Proxim RangeLAN2 Model 7500, User's Guide, 72 pages (1993).
Proxim "What is a Wireless LAN?", *White* Paper, 5 pages (Mar. 1998).
Proxim RangeLAN2 Access Point Models 7510 and 752x, User's Guide, 103 pages (1999).
Proxim RangeLAN2 Extension Point Models 7540 and 7541, User's Guide, 84 pages (1999).
Proxim RangeLAN2™ 7910 Series Serial Adapter, *Enabling the Portablility of RS-232 Devices*, Data Sheet, 2 pages (Jun. 1999).
Proxim RangeLAN2™ 7410 CE PC Card, *Mobilizing the Workforce with Handheld PCs*, Data Sheet, 2 pages (Nov. 1999).
Proxim RangeLAN2™ 7110 PCI Card, Data Sheet, 2 pages (Dec. 1999).
Proxim RangeLAN2™ 7420 Series PC Card, *Networking Laptops and Handhelds Without Wires*, Data Sheet, 2 pages (Apr. 2000).
Proxim Case Study, WLAN Healthcare, Kadlec Medical Center, 1 page (2002).
Proxim Harmony Access Point Controller, User's Guide, 123 pages (2002).
Redl et al. *GSM and Personal Communications Handbook*, ISBN 0-89006-957-3, 80 pages (1998).
Reiter et al. "Data On The Go: Three Cellular Modems, " *PC Magazine*, pp. 365-382 (Dec. 1990).
Savolainen Solukkoverkon maksupuhelin, 64 pages (Feb. 2014).
Savolainen Cellular Payphone, 64 pages (Feb. 2014) [English Translation].
Schlumberger *Schlumberger Java SIMS and Over-the-Air Server Allow Sunday to Evolve Phones Into Multi-Service Terminals*, 3 pages (Jul. 1999).
Sierra Wireless "Sierra Wireless Combines Cellular Data, GPS; MP 200-GPS Modem Provides Both in a Single Package," *The Free Library*, 3 pages (Jan. 1997).
Sierra Wireless *Dart 200 CDPD Modem, for CDPD Versions 1.0 and 1.1, User's Guide*, 206 pages (Jan. 1998).
Sierra Wireless MP215 Modem; Installation Configuration and User's Guide, Rev. 1.0, Part No. 2110036, 38 pages (Jun. 1998).
Sierra Wireless SB300 OEM Modem, Product Specification, Rev. C, Part No. 2110049, Preliminary, 22 pages (Jul. 1998).
Sierra Wireless MP200 Product Manual, Welcome to the MP200 Radio Modem, 2110026, Rev. 2.0, 84 pages (Mar. 2000).
Sierra Wireless AirPrime SL9090 as the "Best Industrial M2M Wireless Module" *2012 Annual Best of Electric Design Awards*, 1 page (2012) (http://www.sierrawireless.com/Newsroom/Awards.aspx).
Sierra Wireless PocketPlus from Sierra Wireless, Previewing the Full-Featured Wireless Modem for the Mobile Computer User, 2 pages (1993).
Siemens *Siemens GSM Module MI User Guide*, 76 pages (1996).
Siemens *Siemens Private Communication Systems, Technical Description of the Siemens Al*, Edition 5, 53 pages (Jan. 1998).
Siemens *Cellular Engine Siemens M20/M20 Terminal, Technical Description*, Version 4, 198 pages (Dec. 1998).
Siemens *Cellular Engine Siemens M20/M20 Terminal, Technical Description*, Version 5, 209 pages (Mar. 1999).
Siemens S25 User Guide, 64 pages (Aug. 1999).
Siemens *Cellular Engine Siemens M20/M20 Terminal, Technical Description*, Version 7, 221 pages (Oct. 1999).
Siemens Photos of Siemens M20 Terminal/Nokia PremiCell/Sensaphone 2000/Novatel Wireless Technologies Ltd. Modem/Sierra Wireless SB300, 13 pages.
Sine Systems, Inc. *Model RFC-1/B, Remote Facilities Controller, archived website page* (http://www.sinesys.com/html/rfcl.html), 4 Pages (Feb. 1998).
Sine Systems, Inc. *Remote Facilities Controller, Model RFC-1/B, Relay Panel, Model RP-8, Installation and Operation*, 97 pages (1999).
Sine Systems, Inc. *Model RFC-1/B Remote Facilities Controller: Dial-up/Automated Transmitter Control System*, Press Release, 2 pages (Jul. 1999).
SOMA Technology, Inc. Philips® PageWriter Touch ECG, 5 pages (Apr. 2008).
Steiner et al. *Kerberos: An Authentication Service for Open Network Systems*, Project Athena, Massachusetts Institute of Technology, 15 pages (1988).
Taylor et al. *Internetwork Mobility: The CDPD Approach*, 334 pages (Jun. 1996).
Telital *GSM Datablock Product Specification*, Revision 2, 30 pages (Nov. 1997).
Telital Technologies archived website page (http:/www.telital.coniltechnologE.html), 2 pages (Apr. 2000).
Telital Automotive *Telltal Automotive GM360, Technical Specification*, 36 pages (Feb. 1999).
Telital Automotive *Telefono GSM Datablock II con funzioni Voce/Dati/Fax/SMS*, 91 pages (Feb. 1999).
Telular Corporation *Annual Report*, 48 pages (1998).
Trimble, The GPS Solution SVeeSix-CM3™, GPS Model for Embedded OEM, 2 pages (Mar. 1995).
Trimble Navigation SV eeSix-CM3™, Embedded GPS Core Module, System Designer, Reference Manual, 246 pages (Jul. 1997).
Trimble Navigation Limited *Lassen™ LP GPS—System Designer Reference Manual*, Part No. 39264-00, Firmware: 7.82, 210 pages (Aug. 1999).
WaveCom *Wavecom GSM Modem*, Wavecom WM01-G900, Version 7.3, Reference WCOM/GSM/WMO1-G900/modATcmd, 67 pages (Dec. 1997).
WaveCom *WISMO Wireless Standard Module, WM1B-G1900 PCS Module Specifications driven by AT commands*, Version 1.2, Reference WCOM/PCS/8001 45 pages (Sep. 1998).
WaveCom *WM02 Modem Series GSM 900/1800/1900 User Manual*, 23 pages (Apr. 1999).
WaveCom WM02 G900/G1800/G1900, GSM Modem, Version 1.0, 96 pages (May 1999).

(56) **References Cited**

OTHER PUBLICATIONS

WaveCom *WISMO Wireless Standard Module,WM2C-G900/G1800EGSM/DCS Dual Band Module Specifications*, Verion 0.7, Reference:WCOM/GSM/WM2C_07, 51 pages (Sep. 1999).
Wu et al. *A Mobile System for Real-Time Patient-Monitoring with Integrated Physiological Signal Processing*, Proceedings of the First Joint BMES/EMBS Conference Serving Humanity, Advancing Technology, Atlanta, GA (Oct. 1999).
Verizon Wireless News Center "Philadelphia Police Department Goes On-Line With Mobile Data Terminals in Vehicles, National Law Enforcement Week Marks Debut of New Weapon Ensuring Officer Safety, Efficiency," 5 pages (May 1997).
U.S.D.C. For the District of Delaware *Defendant's Initial Invalidity Contentions, including Appendix A-Z, AA and DD*, 1046 pages (served on Mar. 8, 2013).
U.S.D.C. for the District of Delaware *Defendant's Kowatec's Initial Invalidity Contentions*, 3 pages (served Apr. 15, 2013).
U.S.D.C. for the District of Delaware *Appendices DD-EE for Defendant's Kowatec's Initial Invalidity Contentions*, 126 pages (served on Apr. 15, 2013).
U.S.D.C. for the District of Delaware *Defendant's Answering Brief*, 39 pages (served on Jun. 21, 2013).
M2M Solutions LLC et al. v. SimCom Wireless Solutions Co., Ltd. et al., U.S.D.C. for the District of Delaware—Civil Action No. 12-030-RGA, *Defendants' First Supplemental Invalidity Contentions*, served Jul. 5, 2013 (9 pages).
M2M Solutions LLC et al. v. SimCom Wireless Solutions Co., Ltd. et al., U.S.D.C. for the District of Delaware—Civil Action No. 12-030-RGA, *Appendices A-Z and AA: Defendants' First Supplemental Invalidity Contentions*, served Jul. 5, 2013 (1084 pages).
M2M Solutions LLC et al. v. SimCom Wireless Solutions Co., Ltd. et al., U.S.D.C. for the District of Delaware—Civil Action No. 12-030-RGA, *Defendants' Sur-Reply Brief on Claim Construction*, served Jul. 26, 2013 (19 pages).
M2M Solutions LLC et al. v. Sierra Wireless America, Inc. and Sierra Wireless, Inc. et al., U.S.D.C. for the District of Delaware—Civil Action No. 12-030-RGA, Memorandum Opinion, served Nov. 12, 2013 (20 pages).
Connolly Bove Lodge & Hutz LLP and K&L Gates, LLP, *Counsel for Enfora, Inc. Defendants Enfora, Inc. and Sierra Wireless America, Inc.'s Fourth Supplemental Invalidity Contentions*, M2M Solutions LLC v. Sierra Wireless America, Inc. and Sierra Wireless, Inc. et al.—U.S. District Court for the District of Delaware, Civil Action No. 12-030-RGA and 12-032-RGA, dated May 5, 2014 (22 pages).
Connolly Bove Lodge & Hutz LLP and K&L Gates, LLP, *Counsel for Enfora, Inc. Appendix MM—Defendants Enfora, Inc. and Sierra Wireless America, Inc.'s Fourth Supplemental Invalidity Contentions*, M2M Solutions LLC v. Sierra Wireless America, Inc. and Sierra Wireless, Inc. et al.—U.S. District Court for the District of Delaware, Civil Action No. 12-030-RGA and 12-032-RGA, dated May 5, 2014 (140 pages).
Connolly Bove Lodge & Hutz LLP and K&L Gates, LLP, *Counsel for Enfora, Inc. Appendix NN—Defendants Enfora, Inc. and Sierra Wireless America, Inc.'s Fourth Supplemental Invalidity Contentions*, M2M Solutions LLC v. Sierra Wireless America, Inc. and Sierra Wireless, Inc. et al.—U.S. District Court for the District of Delaware, Civil Action No. 12-030-RGA and 12-032-RGA, dated May 5, 2014 (143 pages).
Connolly Bove Lodge & Hutz LLP and K&L Gates, LLP, *Counsel for Enfora, Inc. Appendix OO—Defendants Enfora, Inc. and Sierra Wireless America, Inc.'s Fourth Supplemental Invalidity Contentions*, M2M Solutions LLC v. Sierra Wireless America, Inc. and Sierra Wireless, Inc. et al.—U.S. District Court for the District of Delaware, Civil Action No. 12-030-RGA and 12-032-RGA, dated May 5, 2014 (148 pages).
Connolly Bove Lodge & Hutz LLP and K&L Gates, LLP, *Counsel for Enfora, Inc. Appendix PP—Defendants Enfora, Inc. and Sierra Wireless America, Inc.'s Fourth Supplemental Invalidity Contentions*, M2M Solutions LLC v. Sierra Wireless America, Inc. and Sierra Wireless, Inc. et al.—U.S. District Court for the District of Delaware, Civil Action No. 12-030-RGA and 12-032-RGA, dated May 5, 2014 (156 pages).
Connolly Bove Lodge & Hutz LLP and K&L Gates, LLP, *Counsel for Enfora, Inc. Appendix QQ—Defendants Enfora, Inc. and Sierra Wireless America, Inc.'s Fourth Supplemental Invalidity Contentions*, M2M Solutions LLC v. Sierra Wireless America, Inc. and Sierra Wireless, Inc. et al. — U.S. District Court for the District of Delaware, Civil Action No. 12-030-RGA and 12-032-RGA, dated May 5, 2014 (82 pages).
Jonathan C. Lovely, Esq. Sunstein Kann Murphy & Timbers LLP Continuation Application—U.S. Appl. No. 14/159,849, as filed Jan. 21, 2014 (36 pages) [1015].
Jonathan C. Lovely, Esq. Sunstein Kann Murphy & Timbers LLP Track One Continuation Application—U.S. Appl. No. 14/169,603, as filed Jan. 31, 2014 (40 pages).
Jonathan C. Lovely, Esq. Sunstein Kann Murphy & Timbers LLP Track One Continuation Application—U.S. Appl. No. 14/175,171, as filed Feb. 7, 2014 (41 pages).
Jonathan C. Lovely, Esq. Sunstein Kann Murphy & Timbers LLP Track One Continuation Application—U.S. Appl. No. 14/455,073, as filed Aug. 8, 2014 (42 pages).

* cited by examiner


MEANS TO RESELECT LINKED TELEPHONE NUMBER OR IP ADDRESS 150
PROGRAMMABLE INTERFACE MEANS 140
PERIODIC STATUS REPORT GENERATION MEANS 130
ANTENNA 20
RINGING TONE GENERATOR / AUTO ANSWER MODULE 50
BATTERY CHARGE MONITOR 35
BATTERY 30
TELEPHONE CIRCUIT 10
BLUETOOTH MODULE 40
SOUND-BYTE CAPTURE MEANS + THRESHOLD DETECTOR 100
SMS ALARM GENERATION MEANS 70
SMS PROCESSING MEANS 60
SENSOR MEANS 80
AUTHENTICATION MEANS 90
PERMITTED CALLERS LIST 110
ALARM MESSAGE LIST 120

Fig. 1


INCOMING MESSAGE OR CALL
ACTION PERFORMED BY PROGRAMMABLE COMMUNICATOR
1.
AUTHENTIC MESSAGE COMPRISING UNIQUE IDENTIFIER AND LINKING TELEPHONE NUMBER OR IP ADDRESS
PROGRAMMABLE COMMUNICATOR PROCESSES MESSAGE AND STORES NEW LINKING TELEPHONE NUMBER OR IP ADDRESS
2.
AUTHENTIC MESSAGE COMPRISING UNIQUE IDENTIFIER AND ONE OR MORE TELEPHONE NUMBERS OR IP ADDRESSES
PROGRAMMABLE COMMUNICATOR PROCESSES MESSAGE AND STORES NUMBERS IN THE PERMITTED CALLERS LIST
3.
INCOMING CALL
PROGRAMMABLE COMMUNICATOR VERIFIES THAT CALLER IS ON PERMITTED CALLERS LIST AND CAUSES THE RINGING TONE TO BE GENERATED.
4.
INCOMING CALL
PROGRAMMABLE COMMUNICATOR IS UNABLE TO VERIFY THAT THE CALLER IS ON THE PERMITTED CALLERS LIST AND THE CALL IS TERMINATED
5a.
INCOMING CALL
THE PROGRAMMABLE COMMUNICATOR VERIFIES THAT THE CALLER IS ON THE PERMITTED CALLERS LIST AND AUTO ANSWERS
5b.
INCOMING CALL IS TERMINATED
AUTO-ANSWERED CALL IS TERMINATED BY THE TERMINATION OF THE INCOMING CALL AND THE PROGRAMMABLE COMMUNICATOR REVERTS TO IDLE STATE.

Fig.2


OUTGOING MESSAGE OR CALL
ACTION PERFORMED BY PROGRAMMABLE COMMUNICATOR
6.
AUTHENTICATED MESSAGE COMPRISING UNIQUE IDENTIFIER RECEIVES REQUESTED DATA FROM DEVICE ASSOCIATED WITH PROGRAMMABLE COMMUNICATOR
PROGRAMMABLE COMMUNICATOR COLLECTS DATA FROM AN ASSOCIATED DEVICE AND TRANSMITS IT TO LINKED TELEPHONE OR IP ADDRESS
REMOTE DEVICE
REMOTE DEVICE
7.
LINKED TELEPHONE OR IP ADDRESS OF IP DEVICE OR INTERNET WEB PAGE RECEIVES INFORMATION ABOUT THE CHANGE IN STATUS.
CHANGE IN STATUS OF THE PROGRAMMABLE COMMUNICATOR CAUSES MESSAGE TO BE SENT TO LINKED TELEPHONE OR IP ADDRESS.
8.
LINKED TELEPHONE OR IP ADDRESS OF IP DEVICE OR INTERNET WEB PAGE RECEIVES INFORMATION ABOUT THE CURRENT STATUS.
PROGRAMMABLE COMMUNICATOR COLLECTS INFORMATION ON CURRENT STATUS CONDITION AND SENDS IT PERIODICALLY TO LINKED TELEPHONE OR IP ADDRESS

Fig. 3

**PROGRAMMABLE COMMUNICATOR**

PRIORITY

This patent application is a continuation of and claims priority from all priority dates of co-pending U.S. patent application Ser. No. 14/175,171, filed Feb. 7, 2014, and entitled Programmable Communicator". U.S. patent application Ser. No. 14/175,171 is a continuation of and claims priority to U.S. patent application Ser. No. 13/934,763, filed Jul. 3, 2013, now U.S. Pat. No. 8,648,717, and entitled "Programmable Communicator", which is a continuation of and claims priority to U.S. patent application Ser. No. 13/801,773, filed Mar. 13, 2013, now U.S. Pat. No. 8,542,111, and entitled "Programmable Communicator", which is a continuation of and claims priority to U.S. patent application Ser. No. 13/328,095, filed Dec. 16, 2011, now U.S. Pat. No. 8,633,802, and entitled "Programmable Communicator", which is a continuation of and claims priority to U.S. patent application Ser. No. 12/538,603, filed Aug. 10, 2009, now U.S. Pat. No. 8,094,010, and entitled "Programmable Communicator", which is a continuation of and claims priority to U.S. patent application Ser. No. 11/329,212, filed Jan. 10, 2006, now U.S. Pat. No. 7,583,197, and entitled "Programmable Communicator", which is a continuation of and claims priority to U.S. patent application Ser. No. 10/296,571, filed Jan. 21, 2003, and entitled "Programmable Communicator," which, in turn, is a National Phase filing of and claims priority to PCT/EP01/05738 filed on May 18, 2001, which further claims priority from Finland Application 20001239, filed May 23, 2000. The disclosures of each of these applications are incorporated herein by reference in their entirety.

This patent application is also related to U.S. patent application Ser. No. 14/159,849, filed Jan. 21, 2014, and entitled "Programmable Communicator", U.S. patent application Ser. No. 14/169,603, filed Jan. 31, 2014, and entitled "Programmable Communicator", and U.S. patent application Ser. No. 14/455,073, filed on Aug. 8, 2014, and entitled "Programmable Communicator".

BACKGROUND OF THE INVENTION

The invention relates to a programmable wireless communications apparatus. More particularly, it relates to a programmable wireless communications apparatus, which can provide an improved means of communication between children and their parents, between elderly persons and caring relatives, and between mentally less-able individuals and supervising adults. In addition, the invention provides a solution for smart clothes applications, which may comprise a telecommunications means within the lining of a jacket or other article of clothing, as well as a solution for user-programmable data tags which convey information from remotely located devices such as vending machines. The invention relates to and significantly improves upon a previously filed patent application claiming Finnish priority of Sep. 9, 1997 entitled a Portable Hotlink Communicator published as international patent application PCT/GB98/02715.

In this previously filed application, is taught the invention of using a mobile phone comprising a programmable identity module such as a SIM card, in the context of the GSM telecommunications standard, to program the number of any mobile or fixed telephone to which the Hotlink communicator, comprising a similar type of programmable identity module, is to be linked. Existing and known methods of communication between the mobile phone and Hotlink communicator for the purpose of programming comprise the



obvious choice of data calls such as the Short Message Service in the GSM telecommunications standard. Alternatively a PDA type communicator might call up a web page to instruct a network element to program the programmable identity module of the Hotlink with the number of any fixed or mobile telephone to which the Hotlink communicator is to be linked.

This use of a separate mobile phone to program the number to which the Hotlink may call is particularly useful and convenient should a parent wish to change the number if the parent must leave shortly and want that the Hotlink is connected immediately to the mobile phone or fixed line of another parent or supervising neighbour.

The current invention builds upon the teaching of this earlier application and extends the concept significantly that it has more general and suitable application to both the child Hotlink communicator and also to the field of programmable wireless data communication tags for the purpose of providing information about the status of a vending machine or other piece of technical equipment such as a home appliance or a device to monitor whether a door is open or closed.

In addition to this, the current invention relates directly to programmable wireless data communication tags, which comprise the means to be interfaced directly with other technical equipment such that each tag can be programmed remotely by any means to be linked to any fixed or mobile telephone to enable data to be sent to or from the device and to allow a person to make a voice call connection to the linked telephone.

Today parents are concerned whether to provide a young child with a mobile phone or not. The concern relates to the cost of the mobile phone should it be lost or stolen and also to the cost of the use of the mobile phone. Clearly there is a need to provide a means to limit the cost of calling and also to provide a means to prevent the child dialling overseas numbers for extensive periods of time.

In the context of mobile phone operators, there exists a need to provide a simple and effective communication device, which can provide the means for family tariffing such that subscriptions for children can be related to the subscriptions of their parents' mobile phones. An improved child Hotlink communicator, which restricts the usage of the mobile phone and thereby does not generate high charges through uncontrolled calling, is clearly a solution to the family tariffing challenge.

Parents are often concerned about the whereabouts of their children and new positioning technologies are being developed for locating mobile phones. These solutions include self-positioning solutions and remote positioning solutions. One example of a self-positioning solution includes the satellite-based Global Positioning System technology in which the mobile phone comprising a GPS signal processing circuit is able to determine the coordinates of its own position by processing signals received from satellites and communicate these coordinates to a location centre associated with the network. One example of a remote positioning solution is the method taught in U.S. Pat. No. 5,051,741 claiming priority of Mar. 27, 1990 in which the mobile phone is paged and caused to transmit a response which is processed by communication stations such as time-of-arrival measurement units associated with the network of master stations or base stations.

This remote positioning method has the advantage that the position of the mobile phone can be determined by making use of existing signalling between the mobile phone and the network without requiring any changes to the mobile phone, which would increase its cost. The generic network-based, remote-positioning architecture method of U.S. Pat. No.

5,051,741 may make use of time of arrival methods or phase difference calculations to increase the resolution of the area or sector within which the mobile phone is located.

While the location of the mobile phone itself is a good indication of the present location of the person carrying the mobile phone, an improvement would be a means to lock the mobile phone to the child, such that use of the mobile phone positioning technologies would then determine the position of the child.

In addition to these concerns about the failures of existing mobile communications technology to provide an improved and more secure method of instant communication between a parent and a young child, and the means to determine the position of the child, there is additional concern that the battery of the communicator may drain its power without the parent knowing, or may be removed, which would prevent the communicator from receiving calls or dialling to the programmed fixed or mobile number to which the communicator is linked.

In addition to these specific communication problem needs, there is a growing yet unsubstantiated concern about the potentially harmful effect of electromagnetic radiation from mobile phones upon the developing brains of young children. Within this context, there is an opportunity to design a communication device for children, which positions the radiating electromagnetic field of a communication device away from the close proximity of the brain. In this regard, parents who maintain the belief that mobile telephones present a health risk due to the radiating antenna may rest secure in the knowledge that this risk can be significantly reduced.

In a separate context, there exists a growing need for a mobile telephone solution, which is cost effective to manufacture, but which is versatile such that it can form the basis for a smart clothes tag or communications application platform. In this context the requirement is for an embedded mobile phone platform comprising no keypad or display, which may be sewn into the lining of a jacket, or other article of clothing, having only the call button protruding and a simple pin connection to recharge the battery. The problem with prior art solutions is that unless the smart clothes tag can be user-programmable to call any fixed or mobile number by making use of an acceptable method such as via an SMS data call or via a BlueTooth radio transmission from a mobile phone or intelligent PDA, the solution is impractical to implement.

In security applications where emergency service personnel carry hand-held primary communications devices such as conventional mobile phones, a back-up communications device such as a smart clothes embedded tag can be of great value in the instance that the primary communications device is lost or broken.

In sports areas such as on lakes where there may be people using canoes, a smart clothes communications tag embedded in a life vest may serve to alert a central control point that a person is in difficulty and also to alert other persons in the area to go to their rescue.

In an additional application area, skiers in difficulty would benefit from a smart clothes user-programmable communications tag attached to their clothing, which is pre-programmed to be linked with a fixed or mobile telephone and need only have its protruding button pressed to make communication with a central alarm point.

In an additional application area there exists the need for a user-programmable remote wireless communications data tag, which can be used to relay information about the status of a remote piece of technical equipment such as a vending machine. Home networks could be simplified by making use of the existing mobile network infrastructure to relay data about the status of a home appliance or to indicate whether a door is open or closed. Packet switched technologies such as GPRS may be used as the radio access technology to communicate the status of the technical equipment.



In an additional application area there exists the need for a versatile communications platform, which can be combined with remote health monitoring technology to assist doctors with remote diagnosis of patients.

In an additional application there is the need for a versatile communications which is able to work effectively when the network is temporarily overloaded such that it has the means to store a sound message as a sound byte or convert it using voice recognition software such that it can be forwarded as soon as the network capacity becomes less loaded.

Further to these limitations of existing technologies, and so far as is known, no portable communication apparatus is presently available which serves to offer an improved programmable communicator which is directed towards the specific needs of this problem area as outlined.

## Objects of the Invention

Accordingly, it is an object of the present invention to provide an improved programmable communications apparatus, which can be remotely programmed by any mobile phone or IP device such that it can be linked to any particular fixed or mobile phone or IP device.

It is a further object of the present invention to provide a programmable communications apparatus, which may be programmed at close range using infrared light or a BlueTooth radio connection, or via a terminal-to-terminal network based data call such as the GSM SMS short message service or via a GPRS packet data communication.

It is a further object of the present invention to provide a programmable communications apparatus, which may be programmed by a mobile or fixed device which is able to call up an Internet web page and which comprises the means to instruct the network to reprogram the communications apparatus with the mobile or fixed number to which the programmable communications device is to be linked.

It is a further object of the present invention to provide a programmable communications apparatus, which may be programmed via the Internet such that the network communicates with a device in the vicinity of the programmable communications apparatus which itself causes the said apparatus to be programmed using any means such as wireless communication, infrared light or a BlueTooth radio link.

It is a further object of the present invention to provide a plurality of programmable communications apparatuses, which may be simultaneously programmed by a mobile or fixed device which is able to call up an Internet web page and select one or more apparatuses of the said plurality and cause each of the selected number of apparatuses to be linked to the identical mobile or fixed telephone.

It is a further object of the present invention to provide a programmable communications apparatus, which comprises a processing means to process coded transmissions and permit only transmissions comprising a coded number, which determines the authenticity of the message, to be allowed to program the number to which the said apparatus be linked.

It is a further object of the present invention to provide a programmable communications apparatus, which comprises a wrist strap, or an attachment such as in the case of the smart clothes application, and a first alarm means which can be programmed such that it can cause a message to be sent to the

fixed or mobile number to which the said apparatus is linked in the case that the wrist strap be broken or undone or in the case that the said attachment be broken or displaced from an initial position of equilibrium.

It is a further object of the present invention to provide a programmable communications apparatus, which may have a separate pressure sensitive means or displaceable means which becomes activated in the pressed position or displaced position respectively such that it is able to generate an alarm or data message when pressure is removed or when the displacement returns to the non-displaced position. Such a feature serves, by way of example, to replace the need for the wrist strap feature of the previous object such that when the wrist worn communicator is removed from the wrist the pressure sensitive means or displaceable means can provide the required alarm message.

It is a further object of the present invention to provide a programmable communications apparatus, which comprises a heat sensor, which can detect that the communicator is adjacent to a heat source such as the skin of a child and the means to generate an alarm message if the heat source is removed.

It is a further object of the present invention to provide a programmable communications apparatus, which has the means to detect any other detectable physical characteristic of the human skin, which may be used to trigger an alarm if the means is moved away from the skin.

It is a further object of the present invention to provide a programmable communications apparatus for a security application, which comprises an infrared heat detector and which is able to generate an alarm message if a change in the level of infrared radiation is detected.

It is a further object of the present invention to provide a programmable communications apparatus, which may form part of a home network of devices, which is used to monitor a domestic appliance such as a washing machine or a device to monitor whether a door or window is open or closed and to react to a change in status of said appliance or device by sending an alarm message or data message to a linked fixed or mobile telephone or internet IP address to indicate a current status of said appliance or device. In addition the said apparatus may be incorporated in a bicycle frame or attached to a bicycle for monitoring movement of the bicycle.

It is a further object of the present invention to provide a programmable communications apparatus, which has a memory means to store sound as a sound byte for a certain period of time such as the voice of the child wearing the programmable communicator and the means to send this sound to the telephone number to which the said apparatus is linked.

It is a further object of the present invention to provide a programmable communications apparatus, which has a means to store and transmit a sound byte in response to receiving a sound above a predetermined threshold such that a person who is in distress may shout out and the distress call is processed by the programmable communicator and forwarded to the fixed or mobile telephone or IP address to which the said communicator is linked.

It is a further object of the present invention to provide a programmable communications apparatus, which is able to make a call to a linked fixed or mobile telephone or IP address and which if it detects that the telephone number is engaged or does not answer or that the IP address is invalid, the said apparatus has the means to select any other telephone number or IP address in the permitted callers list such that it can be connected to said other telephone or IP device.



It is a further object of the present invention to provide a programmable communications apparatus, which is able to store a sound byte or store a data record and send the sound byte or data record to any other telephone number or IP address in the permitted callers list after a certain interval of time in the instance that the primary number or IP address is engaged or connection is not able to be made at that time due to the network capacity not being sufficient at that time. The feature may also include a continuous retry feature such that the attempt to send the sound byte or data record is continued until the sound byte or data record is successfully sent.

It is a further object of the present invention to provide a programmable communications apparatus, which has the means to convert a voice message into text and send this as a data message to a fixed or mobile telephone or IP address to which the said apparatus is linked.

It is a further object of the present invention to provide a programmable communications apparatus, which is able to receive data from a plurality of data monitoring devices, which may be connected by any wired or wireless means, and that each of said devices has an associated status condition, such that the programmable communications apparatus can transmit data from said devices on request or periodically to a fixed or mobile telephone or IP address to which the said apparatus is linked.

It is a further object of the present invention to provide a programmable communications apparatus, in which the said first alarm means may communicate directly with a central communications point in the network.

It is a further object of the present invention to provide a programmable communications apparatus, in which the said first alarm means may communicate directly with a web page and write information to that page or cause an E-mail to be sent to a specific address.

It is a further object of the present invention to provide a programmable communications apparatus, which comprises a second alarm means, which can be programmed to cause a message to be sent to the fixed or mobile number to which the said apparatus is linked in the case that the battery is low in power or in the case that the battery is removed or in the case that the communicator be switched off.

It is a further object of the present invention to provide a programmable communications apparatus, which comprises a second alarm means, which can be programmed to send a message periodically comprising any status message such as the current power status of the battery.

It is a further object of the present invention to provide a programmable communications apparatus, which comprises a battery charger adapter-pin such that the apparatus can make use of suitable battery chargers of other mobile phones.

It is a further object of the present invention to provide a programmable communications apparatus, which comprises the means to be interrogated remotely by another fixed or mobile telephone or network connected device, such that different codes are used to obtain different data from the said apparatus. In the context of remote health monitoring, by way of example, a doctor could send different codes from her mobile terminal and obtain different data on blood pressure and the heart rate of the person wearing the apparatus associated with a health monitoring system. The said apparatus may make use of physical monitoring means associated with said apparatus for providing information about the skin temperature and blood pressure and other characteristics of the human body.

It is a further object of the present invention to provide a programmable communications apparatus, which has appli-

cation to smart clothes such that it provides a secondary communications means for emergency service personnel.

It is a further object of the present invention to provide a programmable communications apparatus, which is suitable for attachment to a life vest. A further object of this application includes a water-enabled communications apparatus, which may be used to communicate with a portable central communications unit.

It is a further object of the present invention to provide a programmable communications apparatus, which comprises a GPS signal processing circuit and the means to respond to an authenticated request to determine its own position and send data relating to its position to the linked fixed or mobile telephone or to a location determination centre or to a specified web page.

It is a further object of the present invention to provide a programmable communications apparatus, which may be securely attached to a device such as a bicycle, which may be used for communication and for determining the position of the bicycle.

It is a further object of the present invention to provide a programmable communications apparatus, which is suitable for young children such that it comprises an auto-answer facility to connect the caller immediately with an associated microphone and loudspeaker to avoid the need that the child must press a button to answer the call. This application also includes the feature, which returns the programmable communicator automatically to idle state as soon as the caller to the child terminates the call remotely. This avoids the need that the child must terminate the call. It also prevents the child from terminating the call by accident.

It is a further object of the present invention to provide a programmable communications apparatus, which can be used with mobile location based services such that it is possible for an authenticated person to access a web page, either on a hand-held terminal or fixed device, which shows the position of the programmable communications apparatus as an icon on a map after its position has been determined by its own GPS signal processing circuitry or remotely by the network.

Other objects and advantages of this invention will become apparent from the description to follow when read in conjunction with the accompanying drawings.

## SUMMARY OF THE INVENTION

Certain of the foregoing and related objects are readily-attained according to the present invention by the provision of a novel portable programmable communicator, which serves to address the diverse communication requirements of children and elderly persons and for the purposes of remote data monitoring applications such as for monitoring the status of remote technical devices.

The programmable communicator preferably comprises a basic mobile telephone circuit having no keypad or display and a rechargeable battery and antenna and a basic two-way microphone device and remotely pre-programmable identity module linking it to a single mobile or fixed telephone. Where appropriate, in alternative embodiments, the programmable communicator comprises an alarm means to indicate certain conditions of the communicator such as the charge level of its battery or if the battery is removed. Similar alarm messages are generated according to the particular embodiment of the programmable communicator application which include the generation of messages when an associated wrist strap or attachment of the communicator in the case of a smart clothes application is undone or displaced or when the communicator is switched on or off or when the communicator is set to monitor the status condition of an associated device and the status changes beyond a preset threshold level. The invention also includes the generation of periodic messages to indicate that the communicator is working and that any associated status condition thresholds remain unchanged. This last set of messages, which includes periodic reassurances messages includes the facility that the user may set the duration of the period according to the application.

The programmable communicator has direct and effective application to home networks for the purpose of transmitting information about the status condition of domestic appliances such as the pressure of water pipes and whether a door or window is opened or closed. The wireless programmable communicator can be attached to an associated monitoring device and programmed with the number of a mobile or fixed telephone to which it is to be linked or to an Internet web page which can be made accessible to authenticated users or to security monitoring personnel.

Other objects and features of the present invention will become apparent from the following detailed description considered in connection with the accompanying drawings, which disclose one embodiment of the invention. It is to be understood, however, that the drawings are designed for the purpose of illustration only and that the particular description of the portable hot link communicating apparatus is given by way of example only and does not limit the scope of the invention.

## BRIEF DESCRIPTION OF THE DRAWINGS

The foregoing features of the invention will be more readily understood by reference to the following detailed description, taken with reference to the accompanying drawings, in which:

FIG. **1** illustrates the schematic of the programmable communicator according to one embodiment of the invention.

FIG. **2** illustrates a schema showing the actions performed by the programmable communicator in response to an incoming call or message according to the present invention.

FIG. **3** illustrates a schema showing actions done by the programmable communicator and the outgoing calls or messages, which are generated as a consequence of said actions.

## DESCRIPTION OF A PREFERRED EMBODIMENT

Referring now in detail to the drawings and in particular FIG. **1** thereof, therein illustrated is a programmable communicating apparatus according to one embodiment of the present invention.

The following description makes reference to the detailed features as outlined in the objects of the invention.

In FIG. **1** is shown a telephone circuit **10**, which comprises an antenna **20** and a battery **30**. To the telephone circuit, which may similarly comprise a communicating PDA device circuit, is shown an optional BlueTooth module **40** for communication with a nearby data communication or programming device having a similar BlueTooth radio module. The telephone circuit **10** has a ringing tone generator and an auto answer module **50** which may be used to cause the programmable communicator to generate one of a number of ringing tones or to auto answer upon receipt of an authenticated permitted caller.

For the purposes of programming the IP address or telephone number of the fixed or mobile telephone to which the communicator is linked is provided an SMS processing

means **60**. This communicates with an authentication means **90**, which in turn is able to store numbers into a permitted callers list **110**. For the purposes of security, a sound byte capture means and threshold detector means **100** is provided to generate an alarm message or to send a sound byte to one of the numbers on the permitted callers list. Additional voice recognition software may be used to convert the sound byte into text and send this to the destination telephone number or IP address.

An SMS alarm generation means **70** is provided to work together with a battery charge monitor **35** and a sensor means **80** and an alarm message list **120** and a programmable interface means **140** to generate alarm messages in response to changes in status conditions. Said programmable interface means may be attached to all manner of sensor devices for the purpose of relaying data from external devices and sensors either automatically or in response to a request for information from a remote device.

The periodic status report means **130** may be programmed to provide data on the current status of the programmable communicator as well as data from one or more devices, which may be connected to the communicator via the BlueTooth module **40**.

In the case that the programmable communicator is unable to make an immediate connection with the linked telephone or IP address, a reselection means **150** provides one or more connection numbers from the permitted callers list.

This device comprises a novel combination of existing technologies and features, which make possible the existence of a new and improved communicating apparatus to address the communication needs of children and elderly persons and for programmable data tags for monitoring the status of associated technical equipment.

The use of the programmable communicator involves two phases, a pre-programming phase and an active phase. In the pre-programming phase, the communicator is programmed with the number it can call which comprises a unique code. By way of example only, the invention is now described in the context of the GSM mobile telecommunications standard using the Short Message Service or SMS circuit-switched data call. The invention relates to all telephone standards including, and not limited to CDMA and US-TDMA, and is effectively used also in a packet switching mode such as the GSM GPRS packet switching mode. Furthermore the invention is suitably applicable to IP devices, which comprise IP addresses rather than telephone numbers.

According to the invention, it is wished to allow only authenticated callers to change the telephone number or IP address of a fixed or mobile telephone or network device to which the programmable communicator is to be linked. This may be done in GSM using an SMS message, which includes data as well as a unique code such as the unique code of the Subscriber Identity Module or SIM card, often referred to as the PUK code. The PUK code is a unique identifier, which is different for every SIM card. The choice of the PUK is made by way of example only and any similar unique coding may be used for the purpose of the invention

It is a straightforward procedure to communicate with the programmable communicator by SMS. The remote transmitting device includes the PUK code of the receiving programmable communicator in its SMS transmission as well as a telephone number to which the programmable communicator is to be linked.

The programmable communicator includes a processing means to determine that the PUK code is correct and the means to store the transmitted number. The PUK code may also be used to program the list of permitted callers. An SMS comprising the PUK code may contain a plurality of telephone numbers each of which designates a permitted caller's number. Only numbers, which are stored as designated permitted callers, will cause the programmable communicator to generate a ringing tone.

Alternatively, the programmable communicator may include circuitry to terminate the calls of non-permitted callers automatically. In the same way that the telephone number of an incoming call can be shown on the screen of a mobile phone before the phone is answered, this information may be used to enable the programmable communicator to receive the call or to reject it.

Additional codes may be used by authenticated callers to interrogate the status condition of the programmable communicator, or to interrogate the status of data monitoring devices to which the communicator is wired or wirelessly attached.

In this way, in the application for an improved child communicator, only persons knowing the secret PUK code would be able to change the calling number. This provides the essential security for the parents. Furthermore, the feature, which causes the communicator to reject all calls but those from telephone numbers on the permitted callers list serves to shield the child from unwelcome contact.

The following example demonstrates how five SMS messages might program the permitted callers list A-E

SMS 1. PUK code A:040 111 1111
SMS 2. PUK code B:040 222 2222
SMS 3. PUK code C:040 333 3333
SMS 4. PUK code D:040 444 4444
SMS 5. PUK code E:040 555 5555

The letters A to E in the five messages or any equivalent coding may be used to designate the priority of the telephone numbers of the permitted callers such that letter A designates the number to which the programmable communicator is linked at this moment.

In a simple use scenario, a child may be playing in the garden or near to the house wearing a programmable communicator programmed to the mother's telephone phone number, 040 111 1111. In the next moment, the father comes home and sends an SMS to the child's programmable communicator using his phone having telephone number 040 222 2222. In this example, the message comprises PUK code A:040 222 2222 which cause the calling number of the programmable communicator to be now reprogrammed to call the father's number if its call button is pressed by the child.

An additional security feature comprises software, which will cause an SMS emergency message to be sent automatically to the pre-programmed number if the wrist strap is broken or undone, or the communicator is switched off. An additional sensor may be used instead of a means to generate an SMS message if the wrist strap is broken or undone whereby said sensor can sense the heat of the skin, which will cause an SMS message to be sent if the communicator is moved away from the skin.

Additional software features may generate messages to indicate the charge of the battery or if the battery drains completely or is removed.

To avoid a total failure condition, the programmable communicator may comprise a separate back-up power supply in addition to the battery, which is sufficient to generate an alarm message or number of alarm messages, in the instance that a power connection is lost from an associated device or if its own battery supply drains completely.

In this way, the telephone number to which the programmable communicator is linked receives messages about the status of the battery and an indication of whether the communicator has been removed from the child.

In a separate embodiment, is included the feature that certain alarm messages are sent to one or more of the telephone numbers, or IP addresses in the IP network application of this invention, which are on the permitted callers list. This feature would enable at least one other person to receive an alarm message in case the primary linked telephone is busy or the associated user of the linked telephone is unable to read the message immediately.

The programmable communicator comprises a processing module, which can receive information about its wrist strap or associated attachment. In the embodiment of a smart clothes tag, the said associated attachment may comprise a fibre or wire, which, if mechanically pulled, causes the generation of an alarm message. Clearly, in the case of a wrist worn communicator, the opening or closing of the wrist strap may be used to activate an electronic circuit to generate a status condition of the wrist strap. It is anticipated that the receiver of the alarm message may then call the child directly, if possible, to check if there is a problem. Additionally, location based services may be used to locate the position of the communicator relative to the network infrastructure.

In a separate embodiment, the programmable communicator comprises a feature, which enables a user to cause it to transmit a status message periodically, according to a periodic duration as set by the user, which will provide reassurance that the communicator is functioning correctly, and for example, that the wrist strap is closed, and that the battery has sufficient power.

The types of data that the communicator can provide periodically, or on request, are determined directly by the application of the invention according to different remote monitoring embodiments. In each application the programmable communicator has the appropriate means to receive the data from the monitoring device and the means to process the data.

The programmable communicator has further direct application to the field of remote data monitoring such as in the home network environment. Today, domestic appliances such as washing machines and sauna heaters remain separate from one another and only a few have the capability to be integrated into remote monitoring applications.

The programmable communicator may be used to generate data messages, which describe the status or change in status beyond a threshold condition, of a household appliance and communicate this data directly to a linked telephone number or IP address of a linked device or Internet web page.

The use of GSM GPRS packet switching technology in this context is ideal since the application does not require a continuous circuit switched connection to the network. The remote monitoring application comprises the use of a programmable communicator, which reacts to a status condition and then initiates a packet data transmission to the network. Consequently, the programmable communicator comprises a separate back-up power supply in addition to the battery, which is sufficient to generate an alarm message or number of alarm messages, in the instance that a power connection is lost from an associated device or if its own battery supply drains completely.

In a separate home-network application, the programmable communicator may be used to gather data from a number of associated monitoring devices and to communicate this to the linked telephone or IP device or Internet web page. The monitoring devices may be directly linked to the programmable communicator by wire or wirelessly connected by, for example, the BlueTooth radio technology in which case the programmable communicator comprises the necessary additional BlueTooth communications module.

In a sports or safety application, the programmable communicator may comprise a smart clothes tag and be sewn into the lining of a life vest such that a person paddling a canoe may use it for urgent communication.

Other applications for the programmable communicator include theme parks and other sports events or places where children may become lost in the crowds.

In addition, the invention may be utilised as a voice and data communicator for bicycles. In this application, data from the bicycle such as speed could be used in sports training as a means to enhance the performance of a cyclist. In a more general application, a programmable communicator can be used to inform the owner of a bicycle that his parked bicycle is being moved and to determine its location, if needed, by making use of the location-based services functionality of the telecommunications network.

While only one embodiment of the present invention: the programmable communicator within the context of the digital GSM telephone system in particular, has been shown and described in detail, it will be obvious to those persons of ordinary skill in the art, that many changes and modifications may be made thereunto without departing from the spirit of the invention. For example, the hot link communicator may make use of any telephone technology such as CDMA, and US-TDMA. Moreover, the inventive features of the programmable communicator may be incorporated into a monitoring device and integrated with it such that the device comprises the capability of the programmable communicator. The invention is not limited to the application of the programmable communicator as a separate device, which separately communicates with data monitoring devices but also includes the application of the functionality of the invention as an integrated part of the monitoring device.

It is further to be understood that the invention may make use of all coding schemes for storing numbers to the programmable apparatus and the use of the PUK code was by way of example only. The programmable communicator may comprise the means to accept all manner of clip on covers so that the same base model may carry one of a number of different covers to suit the tastes and the age groups of different wearers.

What is claimed is:

**1**. A technical data monitoring device for use with a wireless data monitoring network, the technical data monitoring device comprising:

a wireless communications circuit, the technical data monitoring device configured to establish a wireless communication link with a programmable interface of a programmable cellular telephone,

the technical data monitoring device configured to send and/or receive wireless packet switched data transmissions,

the technical data monitoring device having an associated status condition,

the technical data monitoring device configured to generate data and send data over the wireless communication link for processing by the programmable cellular telephone periodically or in response to instructions received in a wireless packet switched message from the programmable cellular telephone,

wherein the data from the technical data monitoring device is (1) sent to be processed and displayed by the programmable cellular telephone and/or (2) sent to be processed and forwarded by the programmable cellular telephone to an Internet website via one or more General Packet Radio Service (GPRS), or other wireless packet switched data messages,

wherein the technical data monitoring device is configured to form part of the wireless data monitoring network in communication with the programmable cellular telephone; and

at least one technical device or system, the at least one technical device or system being at least one selected from the group consisting of a pressure sensor, a heat sensor, a mechanical displacement sensor, a speed sensor, a temperature sensor, a sound threshold sensor, a movement sensor, an electrical power sensor, an infra-red radiation detector, a proximity detection sensor, a heart rate sensor, a water sensor, a location processing module, a GPS Global Positioning Systems module, a sensor for detecting any physical characteristic of the human skin, and a health monitoring system of one or more sensors, a sports performance monitoring system of one or more sensors, a domestic appliance monitoring system of one or more sensors, and a home security monitoring system of one or more sensors,

wherein the data sent by the technical data monitoring device represents at least one of pressure data, heat data, mechanical displacement data, speed data, temperature data, sound threshold data, movement data, electrical power data, infra-red radiation data, proximity detection data, heart rate data, body temperature data, health data, water detection data, location data, GPS data, sports performance data, domestic appliance data, and home security data.

**2**. A technical data monitoring device according to claim **1**, wherein the technical data monitoring device is further configured to send and/or receive wireless transmissions compliant with Bluetooth wireless air interface standards.

**3**. A technical data monitoring device according to claim **1**, wherein the data from the technical data monitoring device is processed by a communications application running on the programmable cellular telephone.

**4**. A technical data monitoring device according to claim **1**, wherein the health data represents at least one of body temperature, blood pressure, periodic or continuous electrocardiogram heart rhythm, blood glucose concentration, blood electrolyte concentration, kidney function, liver function data, and labor contractions.

**5**. A technical data monitoring device according to claim **1**, wherein the technical data monitoring device is further configured to be worn on the body.

**6**. A technical data monitoring device according to claim **5**, wherein the technical monitoring device is integrated with a wrist strap or an attachment, wherein the wrist strap or attachment comprises one or more sensors.

**7**. A technical data monitoring device according to claim **1**, wherein the technical data monitoring device is further configured to transmit an alarm or data message to the programmable cellular telephone in response to a change in status of the said at least one technical data monitoring device.

**8**. A technical data monitoring device according to claim **7**, wherein the technical data monitoring device is further configured to generate an alarm or data message in response to at least one selected from the group consisting of a change in pressure of a pressure sensor, a change in temperature of a temperature sensor, a change in position of a mechanical displacement sensor, and a change in position of an attachment.

**9**. A technical data monitoring device according to claim **1**, wherein the technical data monitoring device is attached to or integrated with an article of clothing, the article of clothing including at least one selected from the group consisting of a jacket, a ski jacket, and a life vest.

**10**. A technical data monitoring device according to claim **1**, wherein the technical data monitoring device is further configured to be integrated with at least one sensor device to form a smart clothes device.

**11**. A technical data monitoring device according to claim **1**, wherein the technical data monitoring device further comprises a health monitoring system having one or more sensors, the technical data monitoring device further configured to transmit an alarm or data message to the programmable cellular telephone via the wireless communication link with the programmable interface, in response to a change in status of the at least one technical data monitoring device, wherein the data message includes data representing at least one of body temperature data, blood pressure data, periodic or continuous electrocardiogram heart rhythm data, blood glucose concentration data, blood electrolyte concentration data, kidney function data, liver function data, data representing any physical characteristic of the human skin, labor contraction data, electrical power data, and location data.

**12**. A technical data monitoring device according to claim **11**, wherein the health monitoring system is further configured to send and/or receive wireless transmissions compliant with Bluetooth wireless air interface standards or other wireless packet switched message air interface standard.

**13**. A technical data monitoring device according to claim **1**, wherein the technical data monitoring device further comprises a sports performance system having one or more sensors, the technical data monitoring device further configured to transmit an alarm or data message to the programmable cellular telephone via the wireless communication link with the programmable interface, in response to a change in status of the said at least one technical data monitoring device, wherein the data message includes data representing at least one of body temperature data, blood pressure data, periodic or continuous electrocardiogram heart rhythm data, speed data, mechanical displacement data of an attachment, temperature data, movement data, electrical power data, infra-red radiation data, proximity detection data, location data, and heart rate data.

**14**. A technical data monitoring device according to claim **13**, wherein the sports performance system is further configured to send and/or receive wireless transmissions compliant with Bluetooth wireless air interface standards or other wireless packet switched message air interface standard.

**15**. A technical data monitoring device according to claim **1**, wherein the technical data monitoring device comprises a cyclist performance enhancement sensor system for a bicycle wherein the technical data monitoring device is further configured to transmit an alarm or data message to the programmable cellular telephone via the wireless communication link with the programmable interface, in response to a change in status of the said at least one technical data monitoring device, wherein the data message includes data representing at least one of body temperature data, blood pressure data, periodic or continuous electrocardiogram heart rhythm data, speed data, pressure data, mechanical displacement data of an attachment, temperature data, movement data, electrical power data, infra-red radiation data, proximity detection data, location data, and heart rate data.

**16**. A technical data monitoring device according to claim **15**, wherein the cyclist performance enhancement sensor system is further configured to send and/or receive wireless transmissions compliant with Bluetooth wireless air interface standards or other wireless packet switched message air interface standard.

**17**. A technical data monitoring device according to claim **1**, wherein the technical data monitoring device is attached to

or integrated with a life vest, wherein the technical data monitoring device is further configured to transmit an alarm or data message to the programmable cellular telephone via the wireless communication link with the programmable interface, in response to a change in status of the said at least one technical data monitoring device, wherein the data message includes data representing at least one of body temperature data, blood pressure data, periodic or continuous electrocardiogram heart rhythm data, speed data, mechanical displacement data of an attachment, temperature data, movement data, electrical power data, infra-red radiation data, proximity detection data, location data, water detection data, and heart rate data.

**18**. A technical data monitoring device according to claim **17**, wherein the technical data monitoring device is further integrated with a water sensor which becomes enabled when it comes into contact with water.

**19**. A technical data monitoring device according to claim **1**, wherein the technical data monitoring device is attached to or integrated with a wrist strap, wherein the technical data monitoring device is further configured to transmit an alarm or data message to the programmable cellular telephone via the wireless communication link with the programmable interface, in response to a change in status of the said at least one technical data monitoring device, wherein the data message includes data representing at least one of body temperature data, blood pressure data, periodic or continuous electrocardiogram heart rhythm data, speed data, mechanical displacement data of an attachment, temperature data, movement data, electrical power data, infra-red radiation data, proximity detection data, location data, and heart rate data.

**20**. A technical data monitoring device according to claim **1**, wherein the technical data monitoring device is one device within a network of Bluetooth devices.

**21**. A technical data monitoring device according to claim **1**, wherein the technical data monitoring device comprises a domestic appliance monitoring system, wherein the technical data monitoring device is further configured to transmit an alarm or data message to the programmable cellular telephone via the wireless communication link with the programmable interface, in response to a change in status of the said at least one technical data monitoring device, wherein the data message includes data representing at least one of pressure data, heat data, mechanical displacement data, temperature data, sound threshold data, movement data, electrical power data, infra-red radiation data, proximity detection data, body temperature data, domestic appliance data, water pipe pressure data, home network data, door status data, window status data, and home security data.

**22**. A technical data monitoring device according to claim **1**, wherein the technical data monitoring device is also configured to communicate with the programmable cellular telephone using a wired connection.



**23**. A technical data monitoring device according to claim **1**, wherein the technical data monitoring device is also configured to receive data communications from the programmable cellular telephone.

**24**. A technical data monitoring device according to claim **1**, wherein the technical data monitoring device is configured to be integrated with and/or embedded in a domestic appliance.

**25**. A technical data monitoring device according to claim **1**, wherein the technical data monitoring device is configured to be integrated with and/or embedded in a vending machine.

**26**. A technical data monitoring device according to claim **25**, wherein the technical data monitoring device is configured to transmit status information about the vending machine.

**27**. A technical data monitoring device according to claim **1**, wherein the technical data monitoring device is configured to be integrated with and/or embedded in a domestic appliance.

**28**. A technical data monitoring device according to claim **1**, wherein the technical data monitoring device is further configured to be worn on a body, and form part of a network of at least one data reporting sensor, wherein each of the at least one data reporting sensor is configured to communicate with the programmable interface of a programmable cellular telephone via a packet switched radio communications link.

**29**. A technical data monitoring device according to claim **28**, wherein the at least one data reporting sensor is further configured to transmit an alarm or data message to the programmable cellular telephone via the wireless communication link with the programmable interface, in response to a change in status of the said at least one data reporting sensor, wherein the data message includes data representing at least one of mechanical displacement data, movement data, proximity detection data, speed data, infra-red radiation data, temperature data, pressure data, heat data, electrical power data, sound threshold data, and body temperature data.

**30**. A technical data monitoring device according to claim **29**, wherein the at least one data reporting sensor is further configured to transmit an alarm or data message to the programmable cellular telephone via the wireless communication link with the programmable interface, wherein the at least one data reporting sensor is further configured to send and/or receive wireless transmissions compliant with Bluetooth wireless air interface standards or other wireless packet switched message air interface standard.

* * * * *